UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DIMAS O'CAMPO,                                    NO.  CIV. S-10-1100 FCD CMK

       Plaintiff,

   v.                                                    **ORDER RE: SETTLEMENT AND DISPOSITION**

CHICO CROSSROADS, LP., et al.,

       Defendants.
_____/

    Pursuant to the representation of plaintiff, in the above action, the court has determined that this case has settled between plaintiff and defendant The Office Club, Inc. dba Office Depot #917 only.

    In accordance with the provisions of Local Rule 160, dispositional documents as to defendant <u>The Office Club, Inc. dba Office Depot #917</u> are to be filed on or before October 12, 2010.  All dates/hearings set in this matter, to include any pending motions, are hereby VACATED.

    **<u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL AS WELL AS ANY PARTY OR PARTIES WHO CAUSE NON-COMPLIANCE WITH THIS ORDER.</u>**

    **IT IS SO ORDERED**.

Dated: September 9, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE