1  Charles T. Hoge (110696)
     choge@knlh.com
2  John K. Landay (257573)
     jlanday@knlh.com
3  **KIRBY NOONAN LANCE & HOGE LLP**
   350 Tenth Avenue, Suite 1300
4  San Diego, California  92101-8700
   Telephone: (619) 231-8666
5  Facsimile: (619) 231-9593

6  Attorneys for HOMETOWN BUFFET, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIMAS O'CAMPO,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CHICO CROSSROADS, LP; et al.,<br><br>　　　　Defendants. | Case No. 2:10-cv-01100-FCD-CMK<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS AS TO DEFENDANT BUFFETS, INC. ONLY**<br><br>Judge:　Hon. Frank C. Damrell, Jr. |

   IT IS HEREBY STIPULATED by and between Plaintiff Dimas O'Campo ("Plaintiff") and Defendant Buffets, Inc. dba Hometown Buffet #0706 ("Buffets, Inc.") as follows:

   WHEREAS, on August 23, 2010, the United States District Court Eastern District of California filed an Order Re: Settlement and Disposition in the above captioned matter, ordering dispositional documents as to Defendant Buffets, Inc. only be filed on or before September 17, 2010;

   WHEREAS, the parties have not previously requested or received extensions of time as to this particular matter;

/ / /

/ / /

/ / /

KNLH\767310.1

1  WHEREAS, the parties require additional time to prepare, finalize and execute release
2 documents and complete the settlement transaction.
3  NOW THEREFORE, the Parties, by and through their counsel of record, hereby stipulate
4 to extend the time to file dispositional documents up and to October 8, 2010.

5 **IT IS SO STIPULATED.**

7 DATED: September 17, 2010    KIRBY NOONAN LANCE & HOGE LLP
8                              By:

10                                  */s/ Charles T. Hoge*
                                    Charles T. Hoge
11                                  John K. Landay
                                    Attorneys for Defendant
12                                  HOMETOWN BUFFET, INC.

14 DATED: September 17, 2010    DISABLED ADVOCACY GROUP, APLC
                                 By:

16                                  */s/ Lynn Hubbard, III*
                                    Lynn Hubbard, III
17                                  Scottlynn J. Hubbard, IV
                                    Attorneys for Plaintiff

## **ORDER**

21  IT IS HEREBY ORDERED as follows:

22  Plaintiff Dimas O'Campo and Defendant Buffets, Inc. are granted an extension of time to
23 file dispositional documents up and to October 8, 2010.

24  **IT IS SO ORDERED.**

26 DATED: September 20, 2010
                                    FRANK C. DAMRELL, JR.
27                                  UNITED STATES DISTRICT JUDGE

Kirby Noonan Lance & Hoge LLP
350 Tenth Avenue, Suite 1300 San Diego, California 92101-8700