1  LYNN HUBBARD III, SBN 69773
   SCOTTLYNN J HUBBARD IV, SBN 212970
2  DISABLED ADVOCACY GROUP, APLC
   12 Williamsburg Lane
3  Chico, CA 95926
   Telephone:  (530) 895-3252
4  Facsimile:  (530) 894-8244

5  Attorneys for Plaintiff

6  CHARLES T. HOGE, SBN 110696
   KIRBY NOONAN LANCE & HOGE LLP
7  350 Tenth Avenue, Suite 1300
   San Diego, 92101-8700
8  Telephone: (619) 231-8666
   Facsimile: (619) 231-9593
9
   Attorneys for Defendant
10 Buffets, Inc. dba Hometown Buffet #0706

11

12

13                    UNITED STATES DISTRICT COURT

14                   EASTERN DISTRICT OF CALIFORNIA

15

16 DIMAS O'CAMPO,                          Case No. 2:10-cv-01100-FCD-CMK

17        Plaintiff,

18 v.                                      JOINT STIPULATION FOR DISMISSAL
                                           OF DEFENDANT BUFFETS, INC. dba
19 CHICO CROSSROADS, LP, et al.,           HOMETOWN BUFFET #0706 and
                                           ORDER THEREON
20        Defendants.

21 _____/

22

23

24

25

26

27

28

Joint Stipulation for Dismissal and Order                O'Campo v. Chico Crossroads, LP, et al.
                                    - 1 -                 Case No. 2:10-cv-01100-FCD-CMK

TO THE COURT AND TO ALL PARTIES:

Plaintiff, DIMAS O'CAMPO, and defendant, BUFFETS, INC. dba HOMETOWN BUFFET #0706 (who answered the complaint as Hometown Buffet, Inc.), stipulate to and jointly request that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-entitled action pursuant to Fed. R. Civ. P. 41(a)(2) **as to BUFFETS, INC. dba HOMETOWN BUFFET #0706** *only*.

Nothing in this dismissal shall be construed to affect plaintiffs' complaint and claims against defendants other than **BUFFETS, INC. dba HOMETOWN BUFFET #0706**.

Dated: September ____, 2010                    DISABLED ADVOCACY GROUP, APLC


                                               _____/s/_____
                                               LYNN HUBBARD III
                                               Attorney for Plaintiff Dimas O'Campo

Dated: September ____, 2010                    KIRBY NOONAN LANCE & HOGE LLP


                                               _____/s/_____
                                               CHARLES T. HOGE
                                               Attorney for Defendant Buffets, Inc. dba
                                               Hometown Buffet #0706


## ORDER

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. 2:10-cv-01100-FCD-CMK, is hereby dismissed with prejudice as to defendant BUFFETS, INC. dba HOMETOWN BUFFET #0706.

Dated: September 27, 2010

                                               _____
                                               FRANK C. DAMRELL, JR.
                                               UNITED STATES DISTRICT JUDGE