LYNN HUBBARD III, SBN 69773
SCOTTLYNN J HUBBARD IV, SBN 212970
DISABLED ADVOCACY GROUP, APLC
12 Williamsburg Lane
Chico, CA 95926
Telephone:  (530) 895-3252
Facsimile:  (530) 894-8244

Attorneys for Plaintiff

MICHAEL E. BREWER, SBN 177912
HARRY DECOURCY, SBN 230516
LITTLER MENDELSON
1255 Treat Boulevard, Suite 600
Walnut Creek, CA 94597
Telephone: (925) 932-2468
Facsimile: (925) 946-9809

Attorneys for Defendant The Office Club, Inc. dba Office Depot #917

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIMAS O'CAMPO, | Case No. 2:10-cv-01100-FCD-CMK |
| Plaintiff, | |
| v. | STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT THE OFFICE CLUB, INC. dba OFFICE DEPOT #917 |
| CHICO CROSSROADS, LP, et al., | |
| Defendants. | |

TO THE COURT AND TO ALL PARTIES:

Plaintiff, DIMAS O'CAMPO, and defendant, THE OFFICE CLUB, INC. dba OFFICE DEPOT #917, stipulate to and jointly request that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-entitled action pursuant to Fed. R. Civ. P. 41(a)(2) **as to THE OFFICE CLUB, INC. dba OFFICE DEPOT #917 *only***.

Nothing in this dismissal shall be construed to affect plaintiffs' complaint and claims against defendants other than **THE OFFICE CLUB, INC. dba OFFICE DEPOT #917.**

Dated: October 12, 2010            DISABLED ADVOCACY GROUP, APLC

                                                       /s/   Lynn Hubbard III
                                                      LYNN HUBBARD III
                                                      Attorney for Plaintiff Dimas O'Campo

Dated: October 12, 2010            LITTLER MENDELSON

                                                       /s/   Harry DeCourcy
                                                    HARRY DECOURCY
                                                    Attorney for Defendant The Office Club,
                                                    Inc. dba Office Depot #917

## **ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. 2:10-cv-01100-FCD-CMK, is hereby dismissed with prejudice as to defendant THE OFFICE CLUB, INC. dba OFFICE DEPOT #917.

Dated: October 13, 2010

                                                    FRANK C. DAMRELL, JR.
                                                    UNITED STATES DISTRICT JUDGE