1  LYNN HUBBARD III, SBN 69773
   SCOTTLYNN J HUBBARD IV, SBN 212970
2  DISABLED ADVOCACY GROUP, APLC
   12 Williamsburg Lane
3  Chico, CA 95926
   Telephone:  (530) 895-3252
4  Facsimile:  (530) 894-8244

5  Attorneys for Plaintiff

6  RICHARD M. SEGAL, SBN 156975
   STEFAN TEICHERT, 222594
7  PILLSBURY WINTHROP SHAW PITTMAN LLP
   501 W. Broadway, Suite 1100
8  San Diego, CA 92101-3575
   Telephone: (619) 234-5000
9  Facsimile: (619) 236-1995

10 Attorneys for Defendant Petco Animal
   Supplies, Inc. dba Petco #362
11

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIMAS O'CAMPO, | Case No. 2:10-cv-01100-FCD-CMK |
| Plaintiff, | |
| v. | STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT PETCO ANIMAL SUPPLIES, INC. dba PETCO #362 |
| CHICO CROSSROADS, LP, et al., | |
| Defendants. | |

TO THE COURT AND TO ALL PARTIES:

Plaintiff, DIMAS O'CAMPO, and defendant, PETCO ANIMAL SUPPLIES, INC. dba PETCO #362, stipulate to and jointly request that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-entitled action pursuant to Fed. R. Civ. P. 41(a)(2) **as to PETCO ANIMAL SUPPLIES, INC. dba PETCO #362 *only*** .

Nothing in this dismissal shall be construed to affect plaintiffs' complaint and claims against defendants other than **PETCO ANIMAL SUPPLIES, INC. dba PETCO #362**.

Dated: October 15, 2010   DISABLED ADVOCACY GROUP, APLC

 */s/   Lynn Hubbard III*
LYNN HUBBARD III
Attorney for Plaintiff Dimas O'Campo

Dated: October 15, 2010   PILLSBURY WINTHROP SHAW PITTMAN LLP

 */s/   Stefan Teichert*
STEFAN TEICHERT
Attorney for Defendant Petco Animal Supplies, Inc. dba Petco #362

## ORDER

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. 2:10-cv-01100-FCD-CMK, is hereby dismissed with prejudice as to defendant PETCO ANIMAL SUPPLIES, INC. dba PETCO #362.

Dated: October 18, 2010

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE