UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DIMAS O'CAMPO,

        Plaintiff,

   v.

CHICO CROSSROADS, LP., et al.,

        Defendants.

                                            /

NO.  CIV. S-10-1100 FCD CMK

**ORDER RE: SETTLEMENT AND DISPOSITION**

     Pursuant to the representation of plaintiff, in the above action, the court has determined that this case has settled between plaintiff and defendant Barnes & Noble Booksellers, Inc. only.

     In accordance with the provisions of Local Rule 160, dispositional documents as to defendant <u>Barnes & Noble Booksellers, Inc.</u> are to be filed on or before November 30, 2010.  All dates/hearings set in this matter, to include any pending motions, are hereby VACATED.

     **FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL AS WELL AS ANY PARTY OR PARTIES WHO CAUSE NON-COMPLIANCE WITH THIS ORDER.**

     **IT IS SO ORDERED**.

Dated: October 29, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE