1  **DISABLED ADVOCACY GROUP, APLC**
   Lynn Hubbard III (SBN 69773)
2  usdceast@hubslaw.com
   Scottlynn Hubbard IV (SBN 212970)
3  12 Williamsburg Lane
   Chico, California 95926
4  Telephone:  (530) 895-3252
   Facsimile:  (530) 894-8244
5

6  Attorneys for Plaintiff
   Robert Dodson
7

8
   **EISENBERG RAIZMAN THURSTON & WONG LLP**
9  David H. Raizman (SBN 129407)
   draizman@ertwllp.com
10 Christopher F. Wong (SBN 142507)
   cwong@ertwllp.com
11 Elena S. Min (SBN 235065)
   emin@ertwllp.com
12 10880 Wilshire Boulevard, Eleventh Floor
   Los Angeles, California 90024
13 Telephone:  (310) 445-4400
   Facsimile:  (310) 445-4410
14

15

16 Attorneys for Defendant
   Barnes & Noble Booksellers, Inc.
17

18

19 **UNITED STATES DISTRICT COURT**

20 **EASTERN DISTRICT OF CALIFORNIA**

21

| | |
|---|---|
| ROBERT DODSON,<br><br> Plaintiff,<br> vs.<br><br>CREEKSIDE HOLDINGS, INC., et al,<br><br> Defendants. | Case No.  2:10-CV-01100-FCD-CMK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF DEFENDANT BARNES & NOBLE BOOKSELLERS, INC.**<br><br>Judge:       Hon. Frank C. Damrell, Jr.<br><br>Discovery Cut-Off:    July 11, 2011<br>Trial Date:               April 17, 2012 |

22
23
24
25
26
27
28

*(left margin, vertical text)* EISENBERG RAIZMAN THURSTON & WONG LLP — 10880 Wilshire Blvd, Eleventh Floor — Los Angeles, California 90024

1    Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure,

2  plaintiff Robert Dodson ("Plaintiff") and defendant Barnes & Noble Booksellers,

3  Inc. ("Barnes & Noble"), by and through their respective attorneys of record,

4  stipulate that:

5    1.    Plaintiff's Complaint in the above-entitled action shall be dismissed

6  with prejudice as against Barnes & Noble; and

7    2.    Plaintiff and Barnes & Noble each shall bear his or its own costs and

8  fees in the action.

9    IT IS SO STIPULATED.

10

11  Date:  October 31, 2010          Respectfully submitted,

12                                   **DISABLED ADVOCACY GROUP, APLC**
                                     Lynn Hubbard, III
13                                   Scottlynn Hubbard, IV

14

15                                   By:   _/s/   Lynn Hubbard III           /_
                                           Lynn Hubbard III
16                                         Attorneys for Plaintiff
                                           Robert Dodson
17

18

19  Date:   October 31, 2010         Respectfully submitted,

20

21                                   **EISENBERG RAIZMAN THURSTON & WONG LLP**
                                     David H. Raizman
22                                   Christopher F. Wong
                                     Elena S. Min
23

24                                   By:   _/s/   Elena S. Min          /_
                                           Elena S. Min
25                                         Attorneys for Defendant
26                                         Barnes & Noble Booksellers, Inc.

27  / / /

28  / / /

EISENBERG RAIZMAN THURSTON & WONG LLP
10880 Wilshire Blvd, Eleventh Floor
Los Angeles, California 90024

STIPULATION AND ORDER FOR DISMISSAL
                                     WITH PREJUDICE OF BARNES & NOBLE

EISENBERG RAIZMAN THURSTON & WONG LLP
10880 Wilshire Blvd, Eleventh Floor
Los Angeles, California 90024

1

## ORDER

2  Having reviewed the Stipulation for Dismissal With Prejudice of Defendant

3 Barnes & Noble Booksellers, Inc. submitted by plaintiff Robert Dodson and

4 defendant Barnes & Noble Booksellers, Inc.,

5  IT IS HEREBY ORDERED that the action and all claims against defendant

6 Barnes & Noble Booksellers, Inc. are dismissed with prejudice.  Each party shall

7 bear his or its own costs and fees.

8

Dated:  November 19, 2010

9

10  FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER FOR DISMISSAL
WITH PREJUDICE OF BARNES & NOBLE