UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DIMAS O'CAMPO,  NO. CIV. S-10-1100 FCD CMK

    Plaintiff,

  v.  **ORDER RE: SETTLEMENT AND DISPOSITION**

CHICO CROSSROADS, LP., et al.,

    Defendants.

_____/

    Pursuant to the representation of plaintiff, in the above action, the court has determined that this case has settled between plaintiff and defendant Chico Crossroads, LP only.

    In accordance with the provisions of Local Rule 160, dispositional documents as to defendant <u>Chico Crossroads, LP.</u> are to be filed on or before January 10, 2011. All dates/hearings set in this matter, to include any pending motions, are hereby VACATED.

    **FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL AS WELL AS ANY PARTY OR PARTIES WHO CAUSE NON-COMPLIANCE WITH THIS ORDER.**

    **IT IS SO ORDERED**.

Dated: December 8, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE