LYNN HUBBARD III, SBN 69773
SCOTTLYNN J HUBBARD IV, SBN 212970
DISABLED ADVOCACY GROUP, APLC
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244

Attorneys for Plaintiff

MANDANA MASSOUMI, SBN 191359
KATHERINE J. SANTON, SBN 265600
DORSEY & WHITNEY LLP
38 Technology Drive, Suite 100
Irvine, CA 92618
Telephone: (949) 932-3642
Facsimile: (949) 932-3601

Attorneys for Defendant
CHICO CROSSROADS, LP

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIMAS O'CAMPO,<br><br>    Plaintiff,<br><br>v.<br><br>CHICO CROSSROADS, LP, et al.,<br><br>    Defendants. | Case No. 2:10-cv-01100-FCD-CMK<br><br>STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT CHICO CROSSROADS, LP |

TO THE COURT AND TO ALL PARTIES:

Plaintiff, DIMAS O'CAMPO, and defendant, CHICO CROSSROADS, LP, stipulate to and jointly request that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-entitled action pursuant to Fed. R. Civ. P. 41(a)(2) **as to CHICO CROSSROADS, LP** *only*.

Nothing in this dismissal shall be construed to affect plaintiffs' complaint and claims against defendants other than **CHICO CROSSROADS, LP**.

Dated: December ____, 2010        DISABLED ADVOCACY GROUP, APLC

                                  _____/s/_____
                                  LYNN HUBBARD III
                                  Attorney for Plaintiff DIMAS O'CAMPO

Dated: December ____, 2010        DORSEY & WHITNEY LLP

                                  _____/s/_____
                                  MANDANA MASSOUMI
                                  KATHERINE J. SANTON
                                  Attorneys for Defendant CHICO CROSSROADS, LP

**ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. 2:10-cv-01100-FCD-CMK, is hereby dismissed with prejudice as to defendant CHICO CROSSROADS, LP.

Dated: January 6, 2011

                                  _____
                                  FRANK C. DAMRELL, JR.
                                  UNITED STATES DISTRICT JUDGE